UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SHERMAN PRUITT,                                    |                |
|----------------------------------------------------|----------------|
| Plaintiff,                                         |                |
| v.                                                 | C23-1924 TSZ   |
| CITY OF EDMONDS; VIVIAN OLSON; and MIKE NELSON,    | MINUTE ORDER   |
| Defendants.                                        |                |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Minute Order, docket no. 28, granting Plaintiff's motion to continue, the Court enters the following scheduling order:

| JURY TRIAL DATE | June 9, 2025 |
|---|---|
| Length of trial | 10–15 days |
| Deadline for joining additional parties | September 30, 2024 |
| Deadline for amending pleadings | November 18, 2024 |
| Disclosure of expert testimony | November 18, 2024 |
| Discovery motions filing deadline | January 9, 2025 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion deadline | February 17, 2025 |
| Dispositive motions filing deadline | March 20, 2025 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | March 27, 2025 |
| Motions in limine filing deadline | May 8, 2025 |
| Agreed pretrial order due | May 23, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | May 23, 2025 |
| Pretrial conference | May 30, 2025 at 10:00 a.m. |

(2) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 13, shall remain in full force and effect. The provisions of the Minute Order Setting Trial and Related Dates, docket no. 13, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of the trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of August, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2