UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN PRUITT,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF EDMONDS; VIVIAN OLSON; and MIKE NELSON,<br><br>    Defendants. | C23-1924 TSZ<br><br>ORDER |

Pursuant to the foregoing stipulation of counsel, docket no. 32, it is HEREBY ORDERED that Gregory E. Jackson of Jackson & Nicholson, P.S. be permitted to withdraw as counsel of record for Defendant Vivian Olson in the above-referenced matter, and that attorney Amanda Butler of Keating, Bucklin & McCormack, Inc., P.S. be substituted as counsel of record for Defendant.

IT IS SO ORDERED.

Dated this 29th day of October, 2024.

                Thomas S. Zilly
                United States District Judge

ORDER - 1