UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN PRUITT, | |
| Plaintiff, | |
| v. | C23-1924 TSZ |
| CITY OF EDMONDS; VIVIAN OLSON; and MIKE NELSON, | ORDER |
| Defendants. | |

Pursuant to the telephonic conference held on January 16, 2025, this case is hereby DISMISSED with prejudice and without costs. The trial date of June 9, 2025, and all related dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within 30 days of the date of this Order, as reflected in the Minute Entry, docket no. 36.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

Dated this 16th day of January, 2025.

Thomas S. Zilly
United States District Judge

ORDER - 1